IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

INNOVATIVE INSURANCE
SOLUTIONS, LLC,

    Plaintiff,

v.                                Case No.: 2:20-cv-00298
                                 The Honorable Joseph R. Goodwin

AIX SPECIALTY INSURANCE
COMPANY; AIX, INC.; and
RECEIVERSHIP MANAGEMENT, INC.,
in its capacity as the INDEPENDENT
FIDUCIARY of the AEU HOLDINGS, LLC
EMPLOYEES BENEFIT PLAN and
PARTICIPATING PLANS,

    Defendants.

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that mediation in the above-styled action will take place before Donald O'Dell on Tuesday, March 30, 2021, beginning at 10:00 a.m., via Zoom teleconference method. The Zoom information for the teleconference will be forwarded by the mediator at a later time.

                                                  INNOVATIVE INSURANCE
                                                  SOLUTIONS, LLC

                                                  BY Spilman Thomas & Battle, PLLC

                                                  /s/ Laura E. Hayes
                                                  Laura E. Hayes (WV State Bar No. 7345)
                                                  Spilman Center
                                                  300 Kanawha Blvd. East
                                                  Charleston, WV  25301
                                                  (304) 340-3800
                                                  (304) 340-3801 (*facsimile*)
                                                  lhayes@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

**INNOVATIVE INSURANCE SOLUTIONS, LLC,**

    **Plaintiff,**

v.                                        Case No.: 2:20-cv-00298
                                           The Honorable Joseph R. Goodwin

**AIX SPECIALTY INSURANCE COMPANY; AIX, INC.; and RECEIVERSHIP MANAGEMENT, INC.,**
in its capacity as the **INDEPENDENT FIDUCIARY** of the **AEU HOLDINGS, LLC EMPLOYEES BENEFIT PLAN and PARTICIPATING PLANS,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Laura E. Hayes, hereby certify that on February 2, 2021, I filed the foregoing **Notice of Mediation** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| J. Graham Matherne, Esq.<br>Wyatt Tarrant & Combs LLP<br>333 Commerce Street<br>Suite 1400<br>Nashville, TN  37201<br>gmatherne@wyattfirm.com | Perry Shorris, Esq.<br>Jeffrey A. Goldwater, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>550 West Adams Street<br>Chicago, IL 60661<br>*Attorneys for AIX Specialty Insurance Company*<br>Perry.Shorris@lewisbrisbois.com<br>Jeffrey.Goldwater@lewisbrisbois.com |
| Tim J. Yianne, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>707 Virginia Street, East, Suite 1400<br>Charleston, WV 25301<br>*Attorney for AIX Specialty Insurance Company and AIX, Inc.*<br>Tim.Yianne@lewisbrisbois.com | |

                                                   /s/ Laura E. Hayes
                                                   Laura E. Hayes (WV State Bar No. 7345)