IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(Charleston Division)

**INNOVATIVE INSURANCE**
**SOLUTIONS, LLC,**

        **Plaintiff,**                         Case No.: 2:20-cv-00298

v.                                         The Honorable Joseph R. Goodwin

**AIX SPECIALTY INSURANCE**
**COMPANY; AIX, INC.; and**
**RECEIVERSHIP MANAGEMENT, INC.,**
in its capacity as the **INDEPENDENT**
**FIDUCIARY of the AEU HOLDINGS, LLC**
**EMPLOYEES BENEFIT PLAN and**
**PARTICIPATING PLANS,**

        **Defendants.**

### AGREED DISMISSAL ORDER

NOW COME the Plaintiff Innovative Insurance Solutions (IIS) by counsel, Laura E Hayes and James E. Simon of Spilman Thomas & Battle, PLLC, and Defendant AIX Specialty Insurance Company and AIX, Inc. (collectively "AIX") by counsel, Tim J. Yianne and Perry Shorris of Lewis Brisbois Bisgaard & Smith LLP, and have informed the Court that Plaintiff's claims as presented in its *Complaint* have been **AGREED, COMPROMISED, DISMISSED and/or RESOLVED** as to Defendants AIX. Furthermore, the parties have informed the Court that all cross-claims and counter-claims filed by AIX have been **DISMISSED WITH PREJUDICE**. The parties jointly request that this Court **DISMISS** Plaintiff's *Complaint* against the AIX defendants **WITH PREJUDICE** and that the counterclaim filed by AIX likewise be **DISMISSED WITH PREJUDICE**.

4825-0598-8072.1

WHEREFORE, for the reasons stated herein, the Court hereby **DISMISSES** Plaintiff's *Complaint* against AIX **WITH PREJUDICE** and **DISMISSES** the counterclaim filed against Plaintiff by AIX **WITH PREJUDICE**.

The Clerk is **DIRECTED** to send certified copies of this Order to counsel of record.

Dated: May 10, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Tim J. Yianne*
Tim J. Yianne (WV State Bar # 8623)
Lewis Brisbois Bisgaard & Smith LLP
707 Virginia Street, East, Suite 1400
Charleston, WV 25301
(304) 553-0161 (T) / (304)932-0265 (F)
tim.yianne@lewisbrisbois.com

And

Perry Shorris
Jeffery A. Goldwater
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Chicago, IL 60661
(312) 345-1718 (T) / (312) 345-1778 (F)
Perry.Shorris@lewisbrisbois.com

***Counsel for Defendants AIX Specialty Insurance Company and AIX, Inc.***

Approved by:

*/s/ Laura E. Hayes*
Laura E. Hayes (WV State Bar # 7345)
James E. Simon (WV State Bar #
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV  25321-0273
(304) 340-3800 (T)/ (304) 340-3801 (F)
lhayes@spilmanlaw.com

*Counsel for Plaintiff Innovative Insurance Solutions, LLC*